UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHRISTOPHER V. NGUYEN, in his individual and representative capacity as trustee of the Christopher and Nina Nguyen Revocable Trust; NINA NGUYEN, in her individual and representative capacity as trustee of the Christopher and Nina Nguyen Revocable Trust; and Does 1-10,<br><br>　　　　Defendants | Case: 2:15-CV-00366-JAM-CKD<br><br>**ORDER** |

## **ORDER**

The entire case is hereby ordered dismissed with prejudice.

Dated: 5/22/15          /s/ John A. Mendez_____
                        HONORABLE JOHN A. MENDEZ
                        UNITED STATES DISTRICT COURT JUDGE

1